**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

ANDRES GOMEZ,                                         Case 1:22-cv-22061-BB

    Plaintiff,
v.

ATLANTIC VOYAGER, LLC.,

    Defendant.
_____/

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff ANDRES GOMEZ and Defendant ATLANTIC VOYAGER, LLC., by and through their respective undersigned counsel, hereby stipulate to the dismissal of all of Plaintiff's claims in the action *with prejudice*. The Parties shall bear their own attorneys' fees, costs, and expenses, except as provided in the Parties' Confidential Settlement Agreement and Release. A copy of the Order of Dismissal with Prejudice is attached as an Exhibit. All Parties consent to the form and content of this Joint Stipulation and Order.

Dated this __23rd___ day of August, 2022.

Respectfully submitted,

| | |
|---|---|
| */s/ Alberto R. Leal* | */s/ Elizabeth Mercedes Rodriguez* |
| Alberto R. Leal, Esq., P.A. | Elizabeth M. Rodriguez |
| 8927 Hypoluxo Rd. #157 | Ford Harrison LLP |
| Lake Worth, Florida 33467 | 1 SE 3rd Avenue, Suite 2130 |
| Phone: 954-637-1868 | Miami, FL 33131 |
| Email: albertolealesq@gmail.com | Phone: 305-808-2143 |
| *Attorneys for Plaintiff* | Email: erodriguez@fordharrison.com |
| | *Counsel for Defendant* |

**CERTIFICATE OF SERVICE**

I hereby certify that on this _23rd day of August, 2022, the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

                                                   */s/ Alberto R. Leal*
                                                   Alberto R. Leal, Esq.